GIRARD BANK v. MICHAEL PUPPIO AND JEAN C. MARINO PUPPIO.

October 6, 1986.

Petition for certification denied.

DORIS K. LANE v. UNITED SAVINGS AND LOAN ASSOCIATION OF PATERSON v. NEW JERSEY DEPARTMENT OF BANKING.

October 6, 1986.

Petition for certification denied.

PANASONIC COMPANY v. TOWN OF SECAUCUS.

October 6, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. MICHAEL J. MORGAN.

October 6, 1986.

Petition for certification denied.